# SUPREME COURT OF HAWAI'I

**April 22, 1997**

| | | |
|---|---|---|
| 18280 | Hawai'i Ironworkers, Local Union No. 625 of the Intern. Ass'n of Bridge, Structural, and Ornamental Ironworkers, Aflcio, Trust Funds v. Hughes Steel Erectors, Inc. | Vacated |

**April 24, 1997**

| | | |
|---|---|---|
| 17447 | Gray v. A.J. Lopez Sons, Inc. | Affirmed |

**April 28, 1997**

| | | |
|---|---|---|
| ˙19536 | State v. Patao | Vacated |

**April 30, 1997**

| | | |
|---|---|---|
| 18657 | Lee v. City and County of Honolulu | Affirmed |
| 18293 | Meyer v. Pacific Ins. Co., Ltd. | Affirmed |

**May 1, 1997**

| | | |
|---|---|---|
| 17994 | Goldberg v. Rice | Affirmed |
| 17533, 17862 | Notartomaso v. Rivera | Affirmed |

**May 5, 1997**

| | | |
|---|---|---|
| 18609 | State v. Martin | Affirmed |